IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
    Plaintiff,

vs.                  3:08cr61/LAC

**STEVEN PINKNEY,**
    Defendant.
_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, STEVEN PINKNEY, to the indictment against him is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 29th day of July, 2008.

                    *s/L.A. Collier*
                    **LACEY A. COLLIER**
                    **SENIOR UNITED STATES DISTRICT JUDGE**